Feb. 1807.

## HEZEKIAH HUNTINGTON, Esq. *et al. against* EBENEZER SHELDON *et al.*

THE declaration stated facts, from which the law would, perhaps, imply a promise; but no promise was alleged.

*In what cases of amendment costs must be paid.*

*Huntington* moved to amend the declaration by stating a promise.

The amendment being allowed, *Edwards*, for the defendants, claimed costs.

*Huntington* inquired, if the court required costs to be paid in all cases of amendment?

SWIFT, Pr. J. said the court required costs to be paid in almost all cases of amendment of the declaration, except for the increase of damages, for the correction of a clerical mistake, or for something of a like nature.

TRUMBULL, J. said where a declaration, which would be demurrable, is amended so as to be good, or where the amendment would change the defendant's defence, costs must be paid.

BY THE COURT. Let the amendment be made, upon payment of costs.